419 A.2d 187

Walters v. Rorick, Admnx., Appellant.

596

Argued April 9, 1979. Bruce E. Woodske, for appellant; Andrew J. Achman, for appellee.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

Order and judgment affirmed.